THE PEOPLE OF THE STATE OF NEW YORK ex rel. V. BEN WATERMAN, Relator, v. ROBERT MOSES, as Secretary of State of the State of New York, and A. C. MACNULTY, as Deputy Secretary of State and Chief of the Division of Licenses of the Department of State of the State of New York, Respondents.— Determination annulled, with fifty dollars costs and disbursements, upon the ground that relator's delay in making one of the payments on the mortgage was excused by complainant's dilatory conduct as to payment of taxes and the part of the mort-

gage debt which he had assumed. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.